# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   EVANGELINE E. SOMMER                                        Case Number: 05-71956
         7703 SCOTT LANE                          SSN-xxx-xx-3558
         MACHESNEY PARK, IL  61115

                                                        Case filed on:        4/20/2005
                                                        Plan Confirmed on:    6/24/2005
                              P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,387.50              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | EVANGELINE E. SOMMER | 0.00 | 0.00 | 87.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 87.50 | 0.00 |
| 001 | KURT'S AUTO | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
|  | Total Secured | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 001 | KURT'S AUTO | 545.85 | 545.85 | 59.68 | 0.00 |
| 002 | ACCOUNTS RECOVERY SERVICE | 1,270.00 | 1,270.00 | 138.81 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 2,564.00 | 2,564.00 | 280.25 | 0.00 |
| 004 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CREDIT EDUCATORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK INTO CASH OF IL | 468.00 | 468.00 | 51.15 | 0.00 |
| 010 | CHECKCARE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CONTINENTAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COSMETIQUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CRA SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FRAN POTTER PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 411.69 | 411.69 | 45.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 10,506.53 | 10,506.53 | 1,148.39 | 0.00 |
| 021 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCK VALLEY WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 16,604.43 | 16,604.43 | 1,814.91 | 0.00 |
| 028 | SILKIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SOUTHERN WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | THEODORE FORD, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | UNITED CREDIT NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 32,370.50 | 32,370.50 | 3,538.19 | 0.00 |
|  | Grand Total: | 34,734.50 | 34,734.50 | 5,989.69 | 0.00 |

Total Paid Claimant:        $5,989.69
Trustee Allowance:          $397.81
Percent Paid Unsecured:      10.93

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                              _/s/ Lydia S. Meyer_____
                              Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan